IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

NATIONAL CORPORATE TAX CREDIT FUND VII
AND NATIONAL CORPORATE TAX CREDIT, INC. VII                    PLAINTIFFS

v.                                                             Case No. 3:04CV559BN

CURT BUSCHING AND G.C. CORP., INC.                             DEFENDANTS

## AGREED ORDER OF DISMISSAL

COME NOW the Plaintiffs, National Corporate Tax Credit Fund VII and National Corporate Tax Credit, Inc. VII, and the Defendants, Curt C. Busching and G.C.Corp., Inc., and represent to the Court that all of the parties' respective claims and counter-claims in this matter have been fully resolved pursuant to the terms and conditions of a Confidential Settlement Agreement and, thus, should be dismissed with prejudice.

CONSIDERING the foregoing and finding it to be well taken,

IT IS, HEREBY, ORDERED AND ADJUDGED that the above-captioned matter is hereby dismissed with prejudice, with each party to bear its own costs, with the Court to retain jurisdiction over the parties for the purpose of enforcing the terms and conditions of the Confidential Settlement Agreement.

THIS the 16th day of August, 2006.

s/William H. Barbour, Jr.
United States District Court Judge

Jointly submitted by:

/s/ Alan L. Smith
NATIONAL CORPORATE TAX CREDIT FUND VII and
NATIONAL CORPORATE TAX CREDIT, INC. VII,
By:   Alan L. Smith, Esq.


/s/ Staci O'Neal
CURT C. BUSCHING and G.C. CORP., INC.,
By:   Staci O'Neal, Esq.